JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SIRAJ ALDAYA,
Petitioner,
v.
A.W. JAMES JANECKA,
Respondent.

No. 5:26-cv-03190-WLH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: August 11, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE